# United States District Court
# Eastern District of California

John T.C. Doe, et al

Plaintiff(s)

V.

County of Kern, et al.

Defendant(s)

Case Number: 1:26-cv-07239-KES-HBK

ORDER GRANTING APPLICATION FOR PRO HAC VICE

(DOC. 12)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brooke Seely hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

John T.C. Doe, John D.C. DOe, John L.S. Doe, John J.L. Doe, John A.D. Doe, Jane C.A. Doe

On 11/15/2022 (date), I was admitted to practice and presently in good standing in the Michigan Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/28/2026

Signature of Applicant: /s/ Brooke Seely

**Pro Hac Vice Attorney**

Applicant's Name: Brooke Seely

Law Firm Name: Stinar Lannen, PLLC

Address: 280 West Maple Rd.

Ste. 200

City: Birmingham State: MI Zip: 48009

Phone Number w/Area Code: (248) 565-2690

City and State of Residence: Royal Oak, Michigan

Primary E-mail Address: Brooke@StinarLannenLaw.com

Secondary E-mail Address: ____________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jordan Jones

Law Firm Name: Stinar Lannen, PLLC

Address: 360 E 2nd St.

Ste. 820

City: Los Angeles State: CA Zip: 90012

Phone Number w/Area Code: (213) 223-6640 Bar # 344487

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/29/2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT